IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CAROL L. SAVAGE                                                                                    PLAINTIFF

vs.                                         Civil No. 2:17-cv-02072

NANCY A. BERRYHILL
Commissioner, Social Security Administration                                       DEFENDANT

**MEMORANDUM OPINION**

Before the Court is Defendant's Unopposed Motion to Remand. ECF No. 15. Defendant filed this Motion on September 29, 2017. *Id.* Plaintiff has no objections to this Motion. *Id.* The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, this Court issues this Memorandum Opinion.

With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g). ECF No. 15. After considering this Motion, and because Plaintiff has no objections this Motion, the Court **GRANTS** Defendant's Unopposed Motion to Remand. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 3rd day of October 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE